NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. GCR 90-01020-MMP

WILLIE WIMS, JR.

On November 7, 2002, the above named was placed on Supervised Release for a period of Five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that WILLIE WIMS, JR. Be discharged from Supervised Release.

Respectfully submitted,

_____  
Darlene M. Galloway  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 29th day of December, 2005.

_____  
Maurice M. Paul  
Senior United States District Judge