# UNITED STATES DISTRICT COURT
## Northern District of Florida

United States of America

v.

Anthony Lazier

Case No.: 1:90cr1020/MMP

USM No.: _____

_____/

Date of Original Judgment: February 22, 1991

Date of Previous Amended Judgment: May 6, 2008
*(Use Date of Last Amended Judgment if Any)*

Defendant's Attorney

## Order on Motion for Sentence Reduction

☐ The Defendant    ☐ Director of the Bureau of Prisons    ☑ the court    has moved under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment previously imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u). Having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable, the court orders that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (*as reflected in the last judgment issued*) of __324__ months is **reduced** to __262__.

*(Complete Part I, II or III of Attachment, as applicable)*

**IT IS SO ORDERED.**

Order Date: *November 7, 2011*

Effective Date: _____
*(if different from order date)*

*Signature of Judge*

M. Casey Rodgers
Chief United States District Judge

*Printed Name and Title of Judge*

Rec'd 1107'11 USDcFlnGPM0308